IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUTUMN MILLER, Individually | § | |
| and on behalf of the Estate of | § | |
| GRACIE ROBINSON | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 3:13-CV-01022-L |
| v. | § | |
| | § | |
| CORRECTIONS CORPORATION | § | |
| OF AMERICA | § | |
| | § | |
| Defendant. | § | |

JOINT SETTLEMENT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Autumn Miller, individually and on behalf of the Estate of Gracie Robinson and Defendant Corrections Corporation of America, after having conferred, submit this Joint Settlement Status Report.

I.

Pursuant to the Court's May 23, 2013 Scheduling Order, the parties conferred on August 9, 2013 regarding the prospects for settlement as follows:  Suzanne Kaplan, Slack & Davis, LLP, counsel for Plaintiff Autumn Miller and Brandon O. Gibson, Pentecost & Glenn, PLLC, co-counsel for defendant Corrections Corporation of America conferred via telephone. Ms. Gibson subsequently conferred with Hillary Casada, Cowles & Thompson, co-counsel for Defendant.  All parties join in the filing of this Joint Settlement Status Report.

II.

Written discovery is underway at this time.  Both parties have produced documents and are gathering additional records for production.  Additionally, the parties plan to work together to jointly subpoena third party documents.  Both sides anticipate depositions in the next couple of months. Plaintiff will make a settlement demand and, after depositions, the parties expect to mediate in an effort to resolve this case.

Dated this 21st day of August, 2013.

Respectfully submitted,

*/s/ Suzanne Kaplan*
Suzanne Kaplan
State Bar No. 24067699
SLACK & DAVIS, L.L.P.
2705 Bee Cave Road, Suite 220
Austin, Texas 78745
Tel.: 512-795-8686
Fax: 512-795-8787
skaplan@slackdavis.com
*(Attorneys for Plaintiff AUTUMN MILLER,*
*Individually and on behalf of the*
*ESTATE of GRACIE ROBINSON)*

*/s/ Brandon O. Gibson*
BRANDON O. GIBSON
State Bar No. 24027395
PENTECOST & GLENN, PLLC
106 Stonebridge Blvd
Jackson, TN 38305
Tel.: 731-668-5995
Fax: 731-668-7163
bgibson@pgandr.com
*Attorney for Defendant,*
*CORRECTIONS CORPORATION OF AMERICA*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the clerk of court using the CM/ECF System, and a true and correct copy has been sent by email to the following counsel of record:


Brandon O. Gibson
PENTECOST & GLENN, PLLC
106 Stonebridge Blvd
Jackson, TN 38305
bgibson@pgandr.com
*Attorney for Defendant,*
*CORRECTIONS CORPORATION*
*OFAMERICA*

Hilaree A. Casada
COWLES & THOMPSON
901 Main St., Suite 3900
Dallas, TX 75202
hcasada@cowlesthompson.com
*Attorney for Defendant,*
*CORRECTIONS CORPORATION*
*OF AMERICA*


Dated this 21st day of August, 2013

SLACK & DAVIS LLP


By:    s/  *Suzanne Kaplan*
       Suzanne Kaplan